IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-96-FL

|  |  |  |
|---|---|---|
| EVER-SEAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DURASEAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon failure by plaintiff to cause new counsel to file a notice of appearance as directed in the court's December 4, 2023, order. (See DE 98 at 1). The court warned plaintiff that a party that fails to cause new counsel to file a notice of appearance may be subject to sanctions, including dismissal. Accordingly, this matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to follow the court's December 4, 2023, order. The clerk is DIRECTED to close this case.

SO ORDERED, this the 29th day of January, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge