UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EVER-SEAL, INC. ) | |
|         Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:23-CV-96-FL |
| DURASEAL, INC. ) | |
|         Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge for on its own initiative upon plaintiff's failure to comply with court order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 30, 2024, that this case is dismissed WITHOUT PREJUDICE for failure to comply with the court's order and failure to prosecute.

**This Judgment Filed and Entered on January 30, 2024, and Copies To:**
Dura-Seal, Inc. (via US mail) 136 A. Hatcher Lane, Hendersonville, TN 37075
Garrett L. Davis (via CM/ECF Notice of Electronic Filing)


January 30, 2024                  PETER A. MOORE, JR. CLERK

                                            /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk